# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

DARLA J. BISHOP-FENGIER,

       Plaintiff,            Case No. 05-C-43

       v.

COUNTY OF SHEBOYGAN,

       Defendant.

## OPINION AND ORDER

Plaintiff Darla J. Bishop-Fengier and Defendant County of Sheboygan having voluntarily stipulated to the dismissal of all claims raised, the court ORDERS that this action IS DISMISSED with prejudice and without costs to either party. See Federal Rule of Civil Procedure 14(a).

IT IS FURTHER ORDERED that the Clerk of court shall enter a final judgment as a separate document. See Federal Rule of Civil Procedure 58. This judgment shall provide that:

> This action brought by Plaintiff Darla J. Bishop-Fengier against Defendant County of Sheboygan came before the court, the Honorable Thomas J. Curran, District Judge, presiding, and the parties having voluntarily stipulated to dismissing all claims,
>
> IT IS ORDERED AND ADJUDGED
>
> that this action is dismissed with prejudice and without costs or fees to either party.

Done and Ordered in Chambers at the United States Courthouse, Milwaukee, Wisconsin, this 7th day of September, 2005.


s/ Thomas J. Curran
Thomas J. Curran
United States District Judge